UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>                Plaintiff,<br><br>        v.<br><br>FSB BANCORP, INC., KEVIN D. MARONEY, DAWN DEPERRIOR, DANA C. GAVENDA, STEPHEN J. MEYER, LOWELL C. PATRIC, ALICIA H. PENDER, JAMES E. SMITH, and THOMAS J. WELDGEN,<br><br>                Defendants. | Case No. 5:20-cv-00294-DNH-ATB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  April 9, 2020

**WEISSLAW LLP**

By  /s/ *Mark D. Smilow*
Mark D. Smilow
Richard A. Acocelli (to be admitted *pro hac vice*)
1500 Broadway, 16th Floor
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*